**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000609
13-SEP-2013
11:49 AM**

CAAP-11-0000609

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
RINSON PALIC, also known as JOHNNY NENA and JOHNNY NEHA,
Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 02-1-2327)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Memorandum Opinion of the court, filed on
June 6, 2013, is hereby corrected as follows:

1.   On page 11, in the twelfth line, the word "though"
is should be replaced with "through" so that as corrected, the
text reads: ". . . to locate Pisarek through a union
agent, . . . ."

2.   On page 11, in the first line of footnote number
6, "HRS" should be replaced with "Hawaii Revised Statutes" and
the "§" symbol inserted before the statute number so that as
corrected, the text reads: "We note that Hawaii Revised Statutes
§ 836-3 (1993) establishes . . . ."

---

[1/] Nakamura, Chief Judge, and Foley, J., with Reifurth, J., dissenting
separately.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 13, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge